**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **TERRRANCE BUTLER,** | ) | |
| **Plaintiff,** | ) | **Case No. 2:26-cv-02116-BCL-tmp** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **US FOODS, INC.,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO
FED. R. CIV. P. 26(A)(1)**

COMES NOW the Plaintiff, Terrance Butler, by and through his counsel of record, and

files this *Notice of Service of Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* on

this the 27th day of May, 2026.

Respectfully submitted,

/s/ Ralph T. Gibson_____
Ralph T. Gibson (BPR #14861)
Alexandria R. Scott (BPR #39464)
*Attorneys for Plaintiffs*
GIBSON PERRYMAN LAW FIRM
5100 Poplar Avenue, Suite 2117
Memphis, Tennessee 38137
(901) 526-0412
Ralph@GibsonPerryman.com
Alex@GibsonPerryman.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon Counsel
for Defendant, via electronic mail, on the 27th day of May, 2026.

/s/ Ralph T. Gibson_____
Ralph T. Gibson

1